# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MAURICE DONNELL COOPER,<br><br>　　　　　Defendant. | 2:07-CR-0066 JCM (GWF)<br>Related Case 2:09-CV-1764 JCM |

## **ORDER**

Presently before the court is the matter of *United States v. Cooper*, case number 2:07-cr-66-JCM-GWF.

On March 23, 2012, the Ninth Circuit issued an order vacating and remanding to this court. (Doc. #93). The Ninth Circuit had previously issued a certificate of appealability to determine whether this court "erred in summarily dismissing [Cooper's] 28 U.S.C. § 2255 motion as procedurally defaulted and on the merits without first providing [Cooper] with notice of the default and an opportunity to respond and/or requiring a response from [the United States]." (Doc. #93).

The order vacating and remanding included instructions that the United States "be required to respond to [Cooper's] claims and [Cooper] be afforded the opportunity to respond to the argument for dismissal of some of his claims due to procedural default." (Doc. #93). The order on mandate has now been entered on the docket. (Doc. #96).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States file a response to Cooper's claims within 30 days of entry of this order. Cooper shall have 30 days from the date of the response in which to file a reply.

DATED June 27, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -