# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAURICE DONNELL COOPER, ) <br> ) <br> Defendant. ) <br> ) | 2:07-CR-0066 JCM (GWF) <br> Related Case 2:09-CV-1764 JCM |

## ORDER

Presently before the court is a motion for a status check filed by defendant Maurice Donnell Cooper. (Doc. # 106). Also before the court is defendant's motion for excusable neglect. (Doc. # 108).

In the instant motions, defendant claims that he was not notified regarding the court's May 6, 2013, order denying his motion for reconsideration until June 29, 2014, and did not receive a copy of the order until July 11, 2014. Defendant states that if he had been informed of the order upon its issuance, he would have filed a timely appeal to the Ninth Circuit. Defendant requests the court declare that the delay was a result of "excusable neglect." (Doc. # 108, p.2).

The court currently lacks jurisdiction over the matters addressed in defendant's motions, as he has filed a notice indicating he has appealed the court's denial of his motion for reconsideration to the Ninth Circuit. (Doc. # 107).

. . .

**James C. Mahan**
**U.S. District Judge**

Indeed, "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." *Natural Res. Def. Council, Inc. v. Sw. Marine, Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001). "This rule is judge-made; its purpose is to promote judicial economy and avoid the confusion that would ensue from having the same issues before two courts simultaneously." *Id.*

Thus, the court will deny defendant's motions without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for a status check, (doc. # 106), be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant's motion for excusable neglect, (doc. # 108), is DENIED without prejudice.

DATED July 25, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -