**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:07-CR-66 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MAURICE DONNELL COOPER, | |
| Defendant(s). | |

Presently before the court is *pro se* petitioner Maurice Donnell Cooper's (hereinafter "petitioner") motion for certificate of appealability. (Doc. # 111).

On August 8, 2014, the court of appeals denied petitioner's request for a certificate of appealability because the notice of appeal was not timely filed. (Doc. # 113).

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that petitioner's motion for certificate of appealability, (doc. # 111), be, and the same hereby is, DENIED.

DATED September 5, 2014.

UNITED STATES DISTRICT JUDGE