UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) 2:07-CR-066-JCM-GWF ) |
| vs. | ) ) |
| MAURICE DONNELL COOPER | ) ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#39) on October 10, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $3,505.00

**Total Amount of Restitution ordered:** $3,505.00

Dated this _11th_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE