RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Maurice Donnell Cooper

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00066-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| MAURICE DONNELL COOPER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Maurice Donnell Cooper, that the Revocation Hearing currently scheduled on December 23, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to conduct investigation in this case.

2.     The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of December, 2019.

RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                     United States Attorney


  */s/ Kathryn C. Newman*                      */s/ Bianca R. Pucci*
By_____                 By_____
KATHRYN C. NEWMAN                           BIANCA R. PUCCI
Assistant Federal Public Defender           Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

MAURICE DONNELL COOPER,

        Defendant.

Case No. 2:07-cr-00066-JCM-GWF

**<u>ORDER</u>**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 23, 2019 at 10:00 a.m., be vacated and continued to  January 21, 2020   at the hour of  10 : 00  a .m.

     DATED December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE