RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Maurice Donnell Cooper

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE DONNELL COOPER,<br><br>Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Maurice Donnell Cooper, that the Revocation Hearing currently scheduled on February 26, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than March 9, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district to attend the Ninth Circuit Chief Judge's Conference as one of the District's Attorney Representatives to the Lawyer Representative Coordinating Committee on February 27, 2020.

2. Jason Flores, who Mr. Cooper intends to call as a witness and who has accepted service of a subpoena, is out of the district, returning the week of March 9, 2020.

3. Government counsel is out of the district the week of March 2, 2020, returning to the office March 9, 2020.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 24th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE DONNELL COOPER,<br><br>　　　　Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 26, 2020 at 10:00 a.m., be vacated and continued to March 12, 2020 at the hour of 10:00 a.m.

　　DATED February 24, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE