RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Maurice Donnell Cooper

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE DONNELL COOPER,<br><br>　　　　　Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**MOTION TO CONTINUE SUPERVISED RELEASE HEARING** |

　　　　Defendant Maurice Donnell Cooper, by and through his counsel, Kathryn C. Newman, Assistant Federal Public Defender, hereby moves the Court to continue the supervised release hearing currently scheduled for March 12, 2020, at 10:00 a.m. to a date and time convenient to this Court, but no sooner than March 30, 2020. This is the fourth request to continue the hearing.

　　　　Mr. Cooper requests the additional time for the following reasons:

　　　　1.　　Former U.S. Probation Officer Eric Christiansen, who Mr. Cooper intends to call as a witness, is currently a Member of the Nevada Board of Parole Commissioners. His responsibilities as a Member prevents him from attending the hearing as scheduled.

2. Mr. Christiansen supervised Mr. Cooper prior to his departure from the U.S. Probation Office. Mr. Christiansen has information relevant to the second alleged violation, specifically whether Mr. Cooper was authorized to open a line of credit.

3. Mr. Cooper is not in custody and agrees with the need for a continuance.

4. This is the fourth request for a continuance.

Dated this 10th day of March, 2020.

RENE L. VALLADARES<br>
Federal Public Defender<br><br>
By:   */s/ Kathryn C. Newman*<br>
KATHRYN C. NEWMAN<br>
Assistant Federal Public Defender<br>
Attorney for Maurice Donnell Cooper

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE DONNELL COOPER,<br><br>　　　　Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 12, 2020 at 10:00 a.m., be vacated and continued to  April 2, 2020  at the hour of 10:30 a.m.

DATED March 10, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 10, 2020, she served an electronic copy of the above and foregoing **MOTION TO CONTINUE SUPERVISED RELEASE HEARING** by electronic service (ECF) to the person named below:

>NICHOLAS A. TRUTANICH
>United States Attorney
>BIANCA R. PUCCI
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Marlene Mercado*
Employee of the Federal Public Defender