RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Maurice Donnell Cooper

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MAURICE DONNELL COOPER,<br><br>            Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Maurice Donnell Cooper, that the Revocation Hearing currently scheduled on April 2, 2020 at 10:30 a.m., be vacated and continued to April 10, 2020 or a Friday that is convenient to the Court.

This Stipulation is entered into for the following reasons:

1. A witness is not available on the currently scheduled time. Mr. Cooper's witnesses are both available on Fridays

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 13th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00066-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| MAURICE DONNELL COOPER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, April 2, 2020 at 10:30 a.m., be vacated and continued to April 17, 2020 at the hour of 10:00 a.m.

DATED March 16, 2020.

UNITED STATES DISTRICT JUDGE

3