RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Maurice Donnell Cooper

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE DONNELL COOPER,<br><br>Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Maurice Donnell Cooper, that the Revocation Hearing currently scheduled on April 17, 2020 at 10:00 a.m., be vacated and continued to a time and date that is convenient to the Court but no sooner than May 1, 2020, and no later than June 10, 2020.

This Stipulation is entered into for the following reasons:

1. Temporary General Order 2020-05 authorizes the use of video conferencing for some hearings with the consent of the defendant after consultation with counsel.

2. Mr. Cooper intends to call witnesses on his behalf at the hearing. After consulting with counsel, Mr. Cooper would prefer to continue the hearing rather than conduct it by video or teleconference.

3. Counsel for the government has no objection to the request to continue the hearing.

4. Mr. Cooper is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 9th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE DONNELL COOPER,<br><br>　　　　Defendant. | Case No. 2:07-cr-00066-JCM-GWF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, April 17, 2020 at 10:00 a.m., be vacated and continued to <u>June 19, 2020</u> at the hour of <u>10:00 a.m.</u>

　　　DATED April 10, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE